UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
YUSUF AHMED, et al., :

           Plaintiffs, :    Civil Action
v.     No. 20-30056-MGM
    :
LIBERTY MUTUAL GROUP INC., et al.,     **ORAL ARGUMENT REQUESTED**
    :
           Defendants.
    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEFENDANTS' MOTION TO TRANSFER VENUE TO THE EASTERN DIVISION

Pursuant to Local Rule 40.1(f) and 28 U.S.C. § 1404(a), defendants Liberty Mutual Group Inc., the 401(k) Plan Administrative Committee, David H. Long, James Kelleher, Mark C. Touhey, Neeti Bhalla, Dennis J. Langwell, Melanie M. Foley, Christopher Peirce and John Does 1-40 (collectively, "Defendants") hereby move this Court to transfer this case to the Eastern Division of the United States District Court for the District of Massachusetts.  The grounds for this motion are set forth in Defendants' memorandum of law submitted herewith.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants respectfully request oral argument on this motion.

## LOCAL RULE 7.1 CERTIFICATION

I, Michael S. Hines, hereby certify that counsel for Defendants has conferred with counsel for Plaintiffs and attempted in good faith to resolve or narrow the issue, but could not obtain counsel's agreement to the specific relief sought by this motion.

Dated:  May 4, 2020                         /s/ Michael S. Hines
                                                                     Michael S. Hines

| | |
|---|---|
| Dated: May 4, 2020<br>Boston, Massachusetts | Respectfully submitted,<br><br>/s/ James R. Carroll<br>James R. Carroll (BBO # 554426)<br>Eben P. Colby (BBO # 651546)<br>Michael S. Hines (BBO # 653943)<br>Mary E. Grinman (BBO # 694097)<br>SKADDEN, ARPS, SLATE<br>  MEAGHER & FLOM LLP<br>500 Boylston Street<br>Boston, Massachusetts 02116<br>(617) 573-4800<br>james.carroll@skadden.com<br>eben.colby@skadden.com<br>michael.hines@skadden.com<br>mary.grinman@skadden.com<br><br>*Counsel for Defendants*<br>*Liberty Mutual Group Inc.,*<br>*the 401(k) Administrative Committee,*<br>*David H. Long, James Kelleher, Mark C.*<br>*Touhey, Neeti Bhalla, Dennis J. Langwell,*<br>*Melanie M. Foley, Christopher Peirce,*<br>*and John Does 1-40* |