UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
YUSUF AHMED, et al.,                            :

        Plaintiffs,        :     Civil Action
  v.                                                    No. 20-30056-MGM
                                           :
LIBERTY MUTUAL GROUP INC., et al.,    :     **ORAL ARGUMENT REQUESTED**
                                           :
        Defendants.
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), and the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§ 1001 *et seq.*, defendants Liberty Mutual Group Inc., the 401(k) Plan Administrative Committee, David H. Long, James Kelleher, Mark C. Touhey, Neeti Bhalla, Dennis J. Langwell, Melanie M. Foley, Christopher Peirce and John Does 1-40 (collectively, "Defendants") hereby move this Court to dismiss the Complaint (ECF No. 1) with prejudice. The grounds for this motion are set forth in Defendants' memorandum of law and related filings, which are submitted herewith.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Defendants respectfully request oral argument on this motion.

## **LOCAL RULE 7.1 CERTIFICATION**

   I, Michael S. Hines, hereby certify that counsel for Defendants has conferred with counsel for Plaintiffs and attempted in good faith to resolve or narrow the issue, but could not obtain counsel's agreement to the specific relief sought by this motion.

| | |
|---|---|
| Dated: June 3, 2020 | /s/ Michael S. Hines |
| | Michael S. Hines |

Dated: June 3, 2020             Respectfully submitted,
   Boston, Massachusetts

                   /s/ James R. Carroll
                   James R. Carroll (BBO # 554426)
                   Michael S. Hines (BBO # 653943)
                   Mary E. Grinman (BBO # 694097)
                   SKADDEN, ARPS, SLATE
                    MEAGHER & FLOM LLP
                   500 Boylston Street
                   Boston, Massachusetts 02116
                   (617) 573-4800
                   james.carroll@skadden.com
                   michael.hines@skadden.com
                   mary.grinman@skadden.com

*Counsel for Defendants*
*Liberty Mutual Group Inc.,*
*the 401(k) Administrative Committee,*
*David H. Long, James Kelleher, Mark C.*
*Touhey, Neeti Bhalla, Dennis J. Langwell,*
*Melanie M. Foley, Christopher Peirce,*
*and John Does 1-40*