UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YUSUF AHMED *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> LIBERTY MUTUAL GROUP INC. *et al.*, <br><br> *Defendants*. | No. 20-30056-MGM |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR
LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

The Court should deny Defendants' motion for leave to file a reply in support of their motion to dismiss. Local Rule 7.1 only allows a reply memorandum "with leave of the court." L.R. 7.1(b)(3). Leave to file a reply memorandum for a motion to dismiss is only "justified" when a plaintiff raises a "novel issue that [the] [d]efendant had not previously addressed in its motion to dismiss." *Sanderson-Macleod, Inc. v. Hobbs Med., Inc.*, No. 19-30013-MGM, 2020 WL 2188872, at *6 (D. Mass. May 6, 2020).

Defendants do not even attempt to identify novel factual or legal issues in Plaintiffs' opposition justifying leave to file a reply. Rather, Defendants merely desire to "address[] Plaintiffs' principal arguments and authorities contained in their memorandum of law." Doc. 30 at 1–2. However, all the arguments that Defendants repeat in their proposed reply were already made in their opening memorandum. *Compare* Doc. 21 *with* Doc. 30-1. Indeed, the proposed 11-page reply cites to the opening brief a total of *11 times*—nearly every page. *See* Doc. 30-1 at 1 n.1, 2, 3, 4, 5, 6, 8, 10, 11 (cites to "Mov. Br."). Defendants even repeat virtually the same headings from their opening brief. *Compare* Doc. 21, Table of Contents, pp. 8, 11, 13–17, 19, *with* Doc. 30-1, Table of Contents, pp. 2–5, 7–8, 11; *see* Complaint, Doc. 1-1, ¶¶96–104.

1

The Court should deny Defendants leave to further argue points that Defendants already made in their opening brief.

July 31, 2020

/s/ Jerome J. Schlichter
SCHLICHTER BOGARD & DENTON LLP
Jerome J. Schlichter (admitted *pro hac vice*)
Michael A. Wolff (admitted *pro hac vice*)
Andrew D. Schlichter (admitted *pro hac vice*)
Kurt C. Struckhoff (admitted *pro hac vice*)
Joel Rohlf (admitted *pro hac vice*)
Scott T. Apking (admitted *pro hac vice*)
100 South Fourth Street, Suite 1200
St. Louis, MO, 63102
(314) 621-6115
(314) 621-5934 (fax)
jschlichter@uselaws.com
mwolff@uselaws.com
aschlichter@uselaws.com
kstruckhoff@uselaws.com
jrohlf@uselaws.com
sapking@uselaws.com

*Lead Counsel for Plaintiffs*

Robert T. Naumes, BBO # 367660
Christopher Naumes, BBO # 671701
NAUMES LAW GROUP
2 Granite Ave, #425
Milton, Massachusetts 02186
617-227-8444
617-696-2437 (fax)
robert@naumeslaw.com
christopher@naumeslaw.com

*Local Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 31, 2020.

/s/ Jerome J. Schlichter