IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

YUSUF AHMED, et al.,

    Plaintiffs,

v.

LIBERTY MUTUAL GROUP, et al.,

    Defendants.

No. 3:20-cv-30056-MGM

**JOINT NOTICE OF TENTATIVE SETTLEMENT AND REQUEST TO HOLD ALL PENDING MATTERS IN ABEYANCE**

    Come now parties and state that they have reached a tentative settlement and request that the Court stay all pending deadlines for 30 days to allow the parties to complete the settlement agreement, accompanying exhibits, and the required Motion for Preliminary Approval under Federal Rule of Civil Procedure 23(e).

Dated: January 15, 2026

Respectfully submitted,

/s/ Joel D. Rohlf
Troy A. Doles (*pro hac vice*)
Nathan D. Stump (*pro hac vice*)
Kurt C. Struckhoff (*pro hac vice*)
Joel D. Rohlf (*pro hac vice*)
Schlichter Bogard LLC
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
Telephone: (314) 621-6115
Fax: (314) 621-5934
jrohlf@uselaws.com
nstump@uselaws.com
kstruckhoff@uselaws.com
tdoles@uselaws.com

Ruben R. Chapa (pro hac vice)
Schlichter Bogard LLC
33 North Dearborn St., Suite 1170
Chicago, IL 60602
Tel: (630) 919-9301
Fax: (314) 621-5934
rchapa@uselaws.com

*Lead Counsel for Plaintiffs*

Robert T. Naumes, BBO # 367660
Christopher Naumes, BBO # 671701
Naumes Law Group
2 Granite Ave, #425
Milton, Massachusetts 02186
617-227-8444
617-696-2437 (fax)
robert@naumeslaw.com
christopher@naumeslaw.com

*Local Counsel for Plaintiffs*

/s/ Michael S. Hines
James R. Carroll (BBO #554426)
Michael S. Hines (BBO #653943)
Mary E. Grinman (BBO #694097)
Nicole Pacheco (BBO #703786)
Nicholle P. Knapp (BBO #716853)
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
michael.hines@skadden.com
mary.grinman@skadden.com
nicole.pacheco@skadden.com
nicholle.knapp@skadden.com

*Counsel for Defendants*
*Liberty Mutual Group Inc. and*
*the 401(k) Administrative Committee*

2

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 15, 2026.

                                      /s/ Joel D. Rohlf
                                      Joel D. Rohlf